UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER WATSON,<br><br>Defendant. | CASE NO. 3:18cr178<br><br>JUDGE Thomas M. Rose<br><br>**INFORMATION** |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

On or about March 2, 2018, in the Southern District of Ohio, defendant **CHRISTOPHER WATSON**, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, specifically on or about May 18, 2011, in the Montgomery County, Ohio Court of Common Pleas, case number 2011 CR 00245/02, of "Possession of Heroin," knowingly possessed a firearm in and affecting interstate commerce.

In violation of 18 U.S.C. § 922(g)(1).

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

_____
ANDREW J. HUNT (0073698)
Assistant United States Attorney

